IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DANIEL M. TRUE, individually and, as surviving spouse and next friend of Teresa Fay True, deceased<br><br>　　Plaintiff,<br><br>vs.<br><br>STANDARD SECURITY LIFE INSURANCE COMPANY OF NEW YORK and HEALTH PLAN ADMINISTRATORS, INC.<br><br>　　Defendants. | No. 2:07-cv-179 |

## AGREED ORDER STAYING PROCEEDINGS PENDING ARBITRATION

Upon motion of the defendants to Compel Arbitration and to Stay Action Pending Arbitration and or Motion to Dismiss and Plaintiff's Response to same, by agreement of the parties and for good cause shown, it is, accordingly,

ORDERED, ADJUDGED and DECREED that the referenced cause is hereby referred to binding arbitration pursuant to 9 U.S.C. §3 and this Court proceeding is stayed pending arbitration between the parties.

ENTER:

_____
JUDGE

APPROVED FOR ENTRY:

**Ball & Scott**

\s\ Thomas S. Scott, Jr.
Thomas S. Scott, Jr. (BPR #001086)
Bank of America Building
550 W. Main Avenue, Suite 750
Knoxville, TN 37902-2567

**Kramer Rayson LLP**

/s Beecher A. Bartlett, Jr.
Beecher A. Bartlett, Jr. (BPR #10198)
Attorney for Defendant
P. O. Box 629
Knoxville, Tennessee 37901-0629