IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| DANIEL M. TRUE, individually and, as surviving spouse and next friend of Teresa Fay True, deceased | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 2:07-cv-179 |
| STANDARD SECURITY LIFE INSURANCE COMPANY OF NEW YORK and HEALTH PLAN ADMINISTRATORS, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Comes the Plaintiff, Daniel M. True, individually and as surviving spouse and next friend of Teresa Fay True, deceased, and the Defendant, Standard Security Life Insurance Company of New York and Healthplan Administrators, Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and stipulate that Plaintiff's action against Defendant shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs and no discretionary costs shall be assessed.

Respectfully submitted this ___ day of _____, 2008.

| | |
|---|---|
| **Ball & Scott** | **Kramer Rayson LLP** |
| \s\ Thomas S. Scott, Jr. | /s Beecher A. Bartlett, Jr. |
| Thomas S. Scott, Jr. (BPR #001086) | Beecher A. Bartlett, Jr. (BPR #10198) |
| Bank of America Building | Attorney for Defendant |
| 550 W. Main Avenue, Suite 750 | P. O. Box 629 |
| Knoxville, TN 37902-2567 | Knoxville, Tennessee 37901-0629 |